UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Thales Avionics, Inc., <br><br>                       Plaintiff, <br><br>   -against- <br><br> L3 Technologies, Inc., <br><br>                       Defendant. | 24-CV-0112 (JGK) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 24, 2024, Plaintiff filed a letter requesting a pre-motion conference or an emergency discovery order compelling Defendant to produce documents responsive to certain document requests by no later than 5:00 PM EST on January 29, 2024. (*See* ECF 19.) On January 25, 2024, Defendant filed its response. (*See* ECF 23)

By Order of Reference dated January 25, 2024 (ECF 21), Judge John G. Koeltl referred this case to Magistrate Judge Gary Stein for general pretrial supervision. On January 26, 2024, that referral was reassigned to me.

A telephonic conference is scheduled for **January 29, 2024, at 9:30 AM**. Counsel for the parties are directed to call my Microsoft Teams conference at the scheduled time. **Please dial (646) 453-4442, Access Code: 902 207 096#.**

DATED: January 26, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge