UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thales Avionics, Inc.,

                Plaintiff,

    -against-

L3 Technologies, Inc.,

                Defendant.

24-CV-0112 (JGK) (RFT)

**<u>ORDER</u>**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       Having reviewed the parties' filings (ECF Nos. 19, 23, 38, 39) and heard argument from counsel, for the reasons discussed at the conference on January 30, 2024, I ORDER Defendant to produce, by 9:00 a.m. on Thursday, February 1, 2024, the following: (1) the November 20, 2023 letter from the "PE Firm"; and (2) the letter from Jordan referenced in Defendant's January 31, 2024 letter to this Court (*see* ECF 38). The documents shall be treated as highly confidential with disclosure limited to outside counsel's eyes only.

       I FURTHER ORDER Plaintiff to submit a letter on the docket by 5:00 p.m. on Thursday, February 1, 2024, addressing whether it had written communications with the "PE Firm" about the Joint Venture, and if so, describing the burden associated with producing such written communications.

DATED:  January 31, 2024
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge