UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THALES AVIONICS, INC.,

                 Plaintiff,

    - against -

L3 TECHNOLOGIES, INC.,

                 Defendant.

24-cv-112 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The deadline for the plaintiff to reply is **February 2, 2024**. The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for a preliminary injunction in aid of arbitration on **February 2, 2024**. ECF No. 10.

SO ORDERED.

Dated:    New York, New York
            January 31, 2024

                                          John G. Koeltl
                                   United States District Judge