# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

AMERICAS: NEW YORK, SAN FRANCISCO, SÃO PAULO, SILICON VALLEY, WASHINGTON, D.C.
ASIA: BEIJING, HONG KONG, SEOUL
EUROPE & MIDDLE EAST: ABU DHABI, BRUSSELS, COLOGNE, FRANKFURT, LONDON, MILAN, PARIS, ROME

CRAIG B. BROD
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
DAVID H. BOTTER
JORGE U. JUANTORENA
DAVID LEINWAND
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARP
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
ALAN M. LEVINE
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
DEBORAH NORTH
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
HELENA K. GRANNIS
SUSANNA E. PARKER
THOMAS S. KESSLER
JONATHAN MENDES DE OLIVEIRA
BRANDON M. HAMMER
KYLIE N. BARZA
NICKOLAS BOGDANOVICH
MATTHEW G. BRIGHAM
    RESIDENT PARTNERS
JUDITH KASSEL
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
CATHERINE S. GRIMM
JOHN V. HARRISON
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRIAN J. MORRIS
CARINA S. WALLANCE
ALEXANDER JANGHORBANI
JOSHUA PANAS
CHARITY E. LEE
    RESIDENT COUNSEL

D: +1 212 225 2333
memcdonald@cgsh.com

February 9, 2024

<u>Via ECF</u>

The Hon. Robyn F. Tarnofsky
Daniel Patrick Moynihan United States Courthouse
United States Courthouse
500 Pearl Street,
New York, NY 10007

> Plaintiff's application is GRANTED. Plaintiff's February 9, 2024 Letter and the documents attached thereto as Exhibits 2 and 3 (ECF Nos. 60, 61) shall remain under seal.
>
> The Clerk of the Court is respectfully directed to terminate ECF 59.
>
> SO ORDERED
>
> DATED: February 12, 2024
> New York, New York
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Re: *Thales Avionics, Inc. v. L3 Technologies, Inc.*, No. 24-cv-112 (JGK) (RFT)

Dear Magistrate Judge Tarnofsky:

      I write on behalf of Plaintiff Thales Avionics, Inc. ("Plaintiff" or "Thales Avionics") pursuant to pursuant to Rule III.E of Your Honor's Individual Practices to respectfully request leave to file in redacted form Plaintiff's Letter, dated February 9, 2024 ("Plaintiff's Letter"), and Exhibits 2 and 3 to Plaintiff's Letter (together, the "Confidential Documents").

      Exhibit 2 is a recent communication covered by the Confidentiality Agreement between Thales, S.A. and L3Harris Technologies, Inc. dated May 24, 2023, ECF No. 12-1.

      Exhibit 3 is a document that Your Honor ordered to be "treated as highly confidential with disclosure limited to outside counsel's eyes only" once produced by Defendant. ECF No. 41 at 1, and as to which Your Honor granted Defendant's motion to file under seal, ECF No. 58.

      "Established factors and values that can outweigh the presumption of public access include . . . business secrecy . . . and privacy interests." *Valassis Commc'ns, Inc. v. News Corp.*, No. 17-CV-7378 (PKC), 2020 WL 2190708, at *1 (S.D.N.Y. May 5, 2020). Courts have granted motions to seal commercially sensitive information, which, if disclosed, could cause competitive harm. *See, e.g., Rubik's Brand Ltd. v. Flambeau, Inc.*, No. 17-CV-6559 (PGG)

Hon. Robyn F. Tarnofsky, p. 2

(KHP), 2021 WL 1085338, at *1 (S.D.N.Y. Mar. 22, 2021) (granting motion to seal license agreements, invoices, and documents relating to marketing strategy); *Tropical Sails Corp. v. Yext, Inc.*, No. 14 CIV. 7582, 2016 WL 1451548, at *4 (S.D.N.Y. Apr. 12, 2016) (sealing exhibits that would cause defendant "competitive injury" if disclosed).  *Cf. United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995) ("Commercial competitors seeking an advantage over rivals need not be indulged in the name of monitoring the courts.").

Plaintiff has no objection to filing the Confidential Documents publicly. However, because Exhibit 2 may contain competitively sensitive information covered by the parties' non-disclosure agreement, and because Your Honor ordered Exhibit 3 to be produced for "outside counsel's eyes only," Plaintiff respectfully asks that the Court grant this Motion.

## **CONCLUSION**

Based on the foregoing, Plaintiff respectfully requests that Your Honor enter an Order allowing Plaintiff to file the Confidential Documents under seal.

Respectfully submitted,

*M ML*

Mark E. McDonald

cc:  All Counsel of Record (via ECF)