UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THALES AVIONICS, INC.

           Plaintiff,

-against-

L3 TECHNOLOGIES, INC.

           Defendant.

**[PROPOSED]**
**PRELIMINARY INJUNCTION**

Case No.: 24-cv-112 (JGK) (RFT)

    **WHEREAS**, Plaintiff Thales Avionics, Inc. ("Thales Avionics" or "Plaintiff") moved, pursuant to Rule 65 of the Federal Rules of Civil Procedure (the "Rules"), for a preliminary injunction in aid of arbitration (the "Motion") enjoining Defendant L3 Technologies, Inc. ("L3T" or "Defendant") from closing on its planned sale of Defendant's 70% interest in Aviation Communication & Surveillance Systems, LLC ("ACSS") to an affiliate of TJC L.P. ("Jordan") pending the outcome of an arbitration initiated before the International Chamber of Commerce (the "ICC Arbitration"); and

    **WHEREAS**, the Court considered the submissions by the parties (ECF Nos. 14, 32, 50, 57, 60, and 62), heard argument of counsel at a non-evidentiary hearing on February 7, 2024, and made findings of fact and conclusions of law pursuant to Rules 52(a)(2) and 65 in a Memorandum Opinion and Order, dated February 22, 2024 (ECF No. 67); it is hereby

    **ORDERED** that the Motion is GRANTED and Defendant is preliminarily enjoined from closing on the sale of Defendant's 70% interest in ACSS to Jordan or any of its affiliated entities until the earlier of (i) the conclusion of the ICC Arbitration; or (ii) an interim decision, if any, by the arbitral tribunal (absent this Court) to cancel or modify this preliminary injunction; *provided that*, in either case,

this preliminary injunction shall expire by November 24, 2024, without prejudice to ~~being~~ a decision ~~extended~~ by the arbitral tribunal ~~beyond such date.~~ — extending a preliminary injunction beyond that date.

Dated: February 27, 2024
New York, New York

SO ORDERED

_____
Hon. John G. Koeltl, United States District Judge

2