```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

THALES AVIONICS, INC.,

        Plaintiff,

- against -

L3 TECHNOLOGIES, INC.,

        Defendant.

24-cv-112 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **April 8, 2024** at **4:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           April 2, 2024

                                              John G. Koeltl
                                     United States District Judge